In the Matter of TERESE G. SPIEGELBERG, Appellant and Respondent, against FIORELLO H. LAGUARDIA et al., as Trustees of New York City Employees' Retirement System, Respondents and Appellants.

Argued October 4, 1938; decided November 22, 1938.

630

# 631

*George A. Spiegelberg, Milton Goldman* and *Isidor Neuwirth* for petitioner, appellant and respondent.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* and *Nicholas Bucci* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.